# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: aala | Date Created: 6/29/2020 |
| Case: 20−21693−CMB | Form ID: pdf900 | Total: 48 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee         ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty         Jerome B. Blank         pawb@fedphe.com
aty         Keri P. Ebeck         kebeck@bernsteinlaw.com
aty         Matthew M. Herron         mmh@thedebtdoctors.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Pamela O. Parks         7251 Lemington Avenue         Pittsburgh, PA 15206
cr          PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
cr          Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP         4515 N Santa Fe Ave. Dept. APS         Oklahoma City, OK 73118
cr          Duquesne Light Company         c/o Bernstein−Burkley, P.C.         707 Grant Street, Suite 2200, Gulf Tower         Pittsburgh, PA 15219
15248546    AAS Debt Recovery, Inc.         P.O. Box 129         Monroeville, PA 15146
15259376    AAS Debt Recovery, Inc.         P.O. Box 129         Monroeville, PA 15146
15248547    AES/PHEAA         P.O. Box 61047         Harrisburg, PA 17106
15259377    AES/PHEAA         P.O. Box 61047         Harrisburg, PA 17106
15254052    Ally Bank         PO Box 130424         Roseville MN 55113−0004
15248548    Ally Financial         P.O. Box 380901         Bloomington, MN 55438
15259378    Ally Financial         P.O. Box 380901         Bloomington, MN 55438
15259379    Amanda Parks−Palmer         7251 Lemington Avenue         Pittsburgh, PA 15206
15248549    Best Buy/CBNA         5800 South Corporate Place         Sioux Falls, SD 57108
15259380    Best Buy/CBNA         5800 South Corporate Place         Sioux Falls, SD 57108
15248550    Capital Management Services, LP         698 1/2 South Ogden Street         Buffalo, NY 14206−2317
15259381    Capital Management Services, LP         698 1/2 South Ogden Street         Buffalo, NY 14206−2317
15259383    Capital One Auto Finance         4515 N Santa Fe Ave. Dept. APS         Oklahoma City, OK 73118
15248551    Capital One Auto Finance         CB Disputes Team         P.O. Box 259407         Plano, TX 75025
15259382    Capital One Auto Finance         CB Disputes Team         P.O. Box 259407         Plano, TX 75025
15252020    Capital One Auto Finance, a division of Capital On         P.O. Box 4360         Houston, TX 77210
15248552    Chase         P.O. Box 182613         Columbus, OH 43218
15259384    Chase         P.O. Box 182613         Columbus, OH 43218
15259385    Chase Records Center         Attn.: Correspondence Mail         Mail Code LA4−5555         Monroe, LA 71203
15259386    Credit Control, LLC         PO Box 31179         Tampa, FL 33631
15250354    Discover Bank         Discover Products Inc         PO Box 3025         New Albany, OH 43054−3025
15248553    Discover Financial Services, LLC         P.O. Box 15316         Wilmington, DE 19850−5316
15259387    Discover Financial Services, LLC         P.O. Box 15316         Wilmington, DE 19850−5316
15248554    First National Bank         4140 E. State Street         Hermitage, PA 16148
15259388    First National Bank         4140 E. State Street         Hermitage, PA 16148
15256621    JPMorgan Chase Bank, National Associatio         Chase Records Center         Attn: Correspondence Mail         Mail Code LA4−5555         700 Kansas Lane         Monroe LA 71203
15248555    Lending Club Corporation         595 Market Street, Suite 200         San Francisco, CA 94105
15259389    Lending Club Corporation         595 Market Street, Suite 200         San Francisco, CA 94105
15248556    PNC Bank         P.O. Box 3180         Pittsburgh, PA 15230
15259391    PNC Bank         P.O. Box 3180         Pittsburgh, PA 15230
15259390    Patenaude & Felix         4545 Murphy Canyon Road, 3rd Floor         San Diego, CA 92123
15259393    SYNCB/Amazon PLCC         PO Box 965015         Orlando, FL 32896−5015
15248558    SYNCB/Amazon PLCC         Po Box 965015         Orlando, FL 32896−5015
15248559    SYNCB/Sams         PO Box 965005         Orlando, FL 32896−5005
15259394    SYNCB/Sams         PO Box 965005         Orlando, FL 32896−5005
15248557    Salle Mae         P.O. Box 3229         Wilmington, DE 19804
15259392    Salle Mae         P.O. Box 3229         Wilmington, DE 19804
15248890    Synchrony Bank         c/o of PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541

TOTAL: 42