# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAMELA O. PARKS

Case No. 20-21693CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

COMMUNITY LOAN SERVICING LLC

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 2276.

Regular mortgage payments are currently being directed to the following creditor at the following address:

COMMUNITY LOAN SERVICING LLC
ATTN CASHIERING DEPT
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES,FL 33146

Movant has been requested to send payments to:
NATIONSTAR MORTGAGE LLC D/B/A MR COOPER
PO BOX 619094
DALLAS, TX 75261-9741

9002

The Chapter 13 Trustee's CID Records of COMMUNITY LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/30/2022.

cc:   Debtor
      Original creditor
      Putative creditor
      Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
PAMELA O. PARKS, 7251 LEMINGTON AVENUE, PITTSBURGH, PA  15206

:
BRIAN C NICHOLAS ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR'S COUNSEL:
LOGS LEGAL GROUP LLP, 3600 HORIZON DR STE 150, KING OF PRUSSIA, PA  19406

NEW CREDITOR:
NATIONSTAR MORTGAGE LLC D/B/A MR COOPER
PO BOX 619094
DALLAS, TX 75261-9741

DEBTOR'S COUNSEL:
MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA  15232

ORIGINAL CREDITOR:
COMMUNITY LOAN SERVICING LLC, ATTN CASHIERING DEPT, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146