**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-21693-CMB |
| Pamela O. Parks, ) | Chapter 13 |
| ) | Document No. WO-1 |
| Debtor(s). ) | Related to Document No. |
| _____ ) | |
| Pamela O. Parks, ) | |
| Movant(s), ) | |
| ) | |
| v. ) | |
| ) | |
| Pittsburgh Board of Education, ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 18th day of May 2023

I served a copy of:    **ORDER GRANTING MOTION TO ATTACH WAGES and LOCAL FORM 12**

RE:    Pamela O. Parks                                Case No.: 20-21693-CMB
                                                                                Chapter 13

ON:    Pittsburgh Board of Education
           ATTN: Payroll Department
           341 Bellefield Avenue
           Pittsburgh, PA 15213

BY:    Regular first-class US mail

I certify under the penalty of perjury that the foregoing is true and correct.

Date: May 18, 2023                                                    /s/ *Heather Seitz*_____
                                                                                     Heather Seitz, Paralegal
                                                                                     The Debt Doctors, LLC
                                                                                     607 College Street, Suite 101
                                                                                     Pittsburgh, PA 15232
                                                                                     (412) 395-6001
                                                                                     hgs@thedebtdoctors.com

{W0577480.1 }