IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Pamela O. Parks

    Debtors.

Bankruptcy No.: 20-21693-CMB
Chapter 13

Document No.: 77

The Debt Doctors, LLC,
    Movant,
vs.

No Respondent.

**ENTERED BY DEFAULT**

## ORDER OF COURT

AND NOW, this __7th__ day of _____June_____, 2023, the Second Application of The Debt Doctors, LLC as counsel for the Debtor, for Interim Compensation and Reimbursement of Expenses is approved in the additional amount of $2,516.97 for services rendered on behalf of the Debtor for the period between May 11, 2021 through May 18, 2023 which represents $2,496.00 in attorney's fees and $20.97 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee and $996.72 through a previous Application for Interim Compensation and Reimbursement of Expenses. Accordingly, the Chapter 13 Trustee shall only pay an additional $2,516.97 ($2,496.00 in attorneys' fees and $20.97 in costs) to Counsel through the Debtor's Plan.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge    **dmr**

FILED
6/7/23 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21693-CMB |
| Pamela O. Parks | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela O. Parks, 7251 Lemington Avenue, Pittsburgh, PA 15206-1937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lily Christina Calkins | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, lilychristinacalkins@gmail.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 07, 2023 | Form ID: pdf900 | Total Noticed: 1

Matthew M. Herron
        on behalf of Debtor Pamela O. Parks mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
        on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 9