Certificate Number: 15317-PAW-DE-039300025

Bankruptcy Case Number: 20-21693



15317-PAW-DE-039300025

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2025, at 4:07 o'clock PM PST, Pamela Parks completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 2, 2025         By:  /s/Dolly Perez

                                                            Name:  Dolly Perez

                                                            Title:  Credit Counselor