**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Pamela O. Parks,
    Debtor.

Pamela O. Parks,
    Movant

    v.

No Respondents.

: Bankruptcy No. 20-21693-CMB
:
:
: Chapter 13
:
:
:
:
:
:
:

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 3, 2025, at docket number 89, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of a Personal Financial Management Course*.

This Certification is being signed under penalty of perjury by the Debtor who carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

                  DocuSigned by:
                  *Pamela Parks*
                  EA0F406CD5EC4DF...
                  Pamela O. Parks
                  Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:   /s/*Matthew M. Herron*
      Matthew M. Herron
      607 College Avenue, Suite 101
      Pittsburgh, PA 15232
      mmh@thedebtdoctors.com
      412-395-6001
      PA I.D. No. 88927

**PAWB Local Form 24 (07/13)**

{W0587557.1 }