## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Pamela O. Parks

        Debtors.

The Debt Doctors, LLC,
            Movant,
  vs.

No Respondent.

Bankruptcy No.: 20-21693-CMB
Chapter 13

Document No.:

Response Deadline: 07/18/2025
Hearing Date & Time: August 13, 2025 at 1:30 PM

### CERTIFICATE OF NO OBJECTION TO THE
### FINAL APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Final Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Final Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Final Application for Compensation were to be filed and served no later than July 18, 2025.

It is hereby respectfully requested that the Order attached to the Final Application for Compensation be entered by the Court.

Date: July 21, 2025

    /s/ *Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID No. 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTOR

{W0588674.1 }