**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA O. PARKS<br><br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:20-21693<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/29/2020 and confirmed on 7/31/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,377.00 |
| Less Refunds to Debtor | 799.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,578.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,989.69 | |
|    Trustee Fee | 4,826.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,816.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 28,509.72 | 0.00 | 28,509.72 |
|     Acct: 9002 | | | | |
|   NATIONSTAR MORTGAGE LLC** | 118.68 | 118.68 | 0.00 | 118.68 |
|     Acct: 9002 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 10,843.69 | 10,843.69 | 1,614.47 | 12,458.16 |
|     Acct: 9768 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 21,878.13 | 21,878.13 | 3,010.25 | 24,888.38 |
|     Acct: 4116 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6348 | | | | |
| | | | | 65,974.94 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA O. PARKS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAMELA O. PARKS | 799.00 | 799.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 996.72 | 996.72 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-21 | | | | |
|   THE DEBT DOCTORS LLC | 2,516.97 | 2,516.97 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-23 | | | | |
|   THE DEBT DOCTORS LLC | 1,476.00 | 1,476.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-25 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3PA0 | | | | |
|   SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3421 | | | | |
|   FIRST COMMONWEALTH BANK** | 1,537.36 | 680.38 | 0.00 | 680.38 |

20-21693                                                                  Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3722 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL | 2,224.34 | 984.42 | 0.00 | 984.42 |
| Acct: 9442 | | | | |
|   DISCOVER BANK(*) | 13,759.02 | 6,089.25 | 0.00 | 6,089.25 |
| Acct: 4924 | | | | |
|   LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3303 | | | | |
|   PNC BANK NA | 8,553.37 | 3,785.41 | 0.00 | 3,785.41 |
| Acct: 1256 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8122 | | | | |
|   RESURGENT RECEIVABLES LLC | 5,077.11 | 2,246.95 | 0.00 | 2,246.95 |
| Acct: 7802 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7802 | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES L | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AMANDA PARKS-PALMER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CAPITAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,786.41 |

**TOTAL PAID TO CREDITORS**                                                                                            79,761.35

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 32,840.50 |
| UNSECURED | 31,151.20 |

Date: 09/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAMELA O. PARKS

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:20-21693

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-21693-CMB
Pamela O. Parks Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 26, 2025 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela O. Parks, 7251 Lemington Avenue, Pittsburgh, PA 15206-1937 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15259379 | + | Amanda Parks-Palmer, 7251 Lemington Avenue, Pittsburgh, PA 15206-1937 |
| 15259385 | | Chase Records Center, Attn.: Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15266234 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15259390 | + | Patenaude & Felix, 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 15248557 | + | Salle Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 01:03:28 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 01:00:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2025 00:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2025 00:44:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248546 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Sep 27 2025 00:47:00 | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15248547 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2025 00:47:00 | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15254052 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2025 00:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15248548 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2025 00:33:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15248549 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2025 00:47:03 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15259386 | | Email/Text: correspondence@credit-control.com | Sep 27 2025 00:47:00 | Credit Control, LLC, PO Box 31179, Tampa, FL 33631 |
| 15248550 | | Email/Text: cms-bk@cms-collect.com | Sep 27 2025 00:47:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15259383 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 01:16:01 | Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 20-21693-CMB    Doc 107    Filed 09/28/25    Entered 09/29/25 00:28:27    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15248551 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 27 2025 01:00:52 | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 15252020 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 01:02:05 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15248552 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2025 01:03:47 | Chase, P.O. Box 182613, Columbus, OH 43218-2613 |
| 15248553 | | Email/Text: mrdiscen@discover.com | Sep 27 2025 00:33:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15250354 | | Email/Text: mrdiscen@discover.com | Sep 27 2025 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15248554 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 27 2025 00:47:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15256621 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2025 00:46:54 | JPMorgan Chase Bank, National Associatio, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 15248555 | + | Email/Text: Documentfiling@lciinc.com | Sep 27 2025 00:33:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15704889 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2025 00:47:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15528770 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2025 00:47:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |
| 15319018 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 27 2025 00:47:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15248556 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2025 00:33:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15263853 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2025 00:33:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15267616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2025 00:46:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16507566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2025 01:00:52 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15248558 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 01:00:50 | SYNCB/Amazon PLCC, Po Box 965015, Orlando, FL 32896-5015 |
| 15248559 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 01:00:39 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15248890 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2025 01:17:51 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | NATIONSTAR MORTGAGE LLC |
| 15341760 | | Community Loan Servicing,, LLC |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15259376 | *+ | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15259377 | *+ | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |

Case 20-21693-CMB    Doc 107    Filed 09/28/25    Entered 09/29/25 00:28:27    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdf900 | Total Noticed: 37 |

| | | |
|---|---|---|
| 15259378 | *+ | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15259380 | *+ | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15259381 | * | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15259382 | *+ | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 15259384 | *+ | Chase, P.O. Box 182613, Columbus, OH 43218-2613 |
| 15259387 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15259388 | *+ | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15259389 | *+ | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15259391 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15259393 | * | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15259394 | * | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15259392 | *+ | Salle Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 15270714 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lily Christina Calkins | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, lilychristinacalkins@gmail.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Pamela O. Parks mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2   User: auto   Page 4 of 4
Date Rcvd: Sep 26, 2025   Form ID: pdf900   Total Noticed: 37

cmecf@chapter13trusteewdpa.com

TOTAL: 10