**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pamela O. Parks<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0052<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20-21693-CMB

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Pamela O. Parks

11/24/25                                                        **By the court:** Carlota M Bohm
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pamela O. Parks  
    Debtor

Case No. 20-21693-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Nov 24, 2025      Form ID: 3180W      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela O. Parks, 7251 Lemington Avenue, Pittsburgh, PA 15206-1937 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15259379 | + | Amanda Parks-Palmer, 7251 Lemington Avenue, Pittsburgh, PA 15206-1937 |
| 15259385 | | Chase Records Center, Attn.: Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15266234 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15259390 | + | Patenaude & Felix, 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 15248557 | + | Salle Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 25 2025 05:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 25 2025 05:31:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Nov 25 2025 05:31:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Nov 25 2025 05:31:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 25 2025 00:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Nov 25 2025 05:31:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248546 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Nov 25 2025 00:46:00 | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15248547 | + | Email/Text: bncnotifications@pheaa.org | Nov 25 2025 00:46:00 | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15254052 | | EDI: GMACFS.COM | Nov 25 2025 05:31:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15248548 | + | EDI: GMACFS.COM | Nov 25 2025 05:31:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15248549 | + | EDI: CITICORP | Nov 25 2025 05:31:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

Case 20-21693-CMB   Doc 111   Filed 11/26/25   Entered 11/27/25 00:37:49   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15259386 | | Email/Text: correspondence@credit-control.com | Nov 25 2025 00:46:00 | Credit Control, LLC, PO Box 31179, Tampa, FL 33631 |
| 15248550 | | Email/Text: cms-bk@cms-collect.com | Nov 25 2025 00:46:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15259383 | + | EDI: AISACG.COM | Nov 25 2025 05:31:00 | Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15248551 | + | EDI: CAPONEAUTO.COM | Nov 25 2025 05:31:00 | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 15252020 | + | EDI: AISACG.COM | Nov 25 2025 05:31:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15248552 | + | EDI: JPMORGANCHASE | Nov 25 2025 05:31:00 | Chase, P.O. Box 182613, Columbus, OH 43218-2613 |
| 15248553 | | EDI: DISCOVER | Nov 25 2025 05:31:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15250354 | | EDI: DISCOVER | Nov 25 2025 05:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15248554 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 25 2025 00:46:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15256621 | + | EDI: JPMORGANCHASE | Nov 25 2025 05:31:00 | JPMorgan Chase Bank, National Associatio, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 15248555 | + | EDI: LENDNGCLUB | Nov 25 2025 05:31:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15704889 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:46:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15528770 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:46:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |
| 15319018 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 25 2025 00:47:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15248556 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2025 00:46:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15263853 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2025 00:46:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15267616 | | EDI: PRA.COM | Nov 25 2025 05:31:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16507566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 00:50:12 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15248558 | | EDI: SYNC | Nov 25 2025 05:31:00 | SYNCB/Amazon PLCC, Po Box 965015, Orlando, FL 32896-5015 |
| 15248559 | | EDI: SYNC | Nov 25 2025 05:31:00 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15248890 | + | EDI: AIS.COM | Nov 25 2025 05:31:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: 3180W | Total Noticed: 39 |

| | | |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | NATIONSTAR MORTGAGE LLC |
| 15341760 | | Community Loan Servicing,, LLC |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15259376 | *+ | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15259377 | *+ | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15259378 | *+ | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15259380 | *+ | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15259381 | * | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15259382 | *+ | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 15259384 | *+ | Chase, P.O. Box 182613, Columbus, OH 43218-2613 |
| 15259387 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15259388 | *+ | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15259389 | *+ | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15259391 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15259393 | * | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15259394 | * | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15259392 | *+ | Salle Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 15270714 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Christopher A. DeNardo
          on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

Denise Carlon
          on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Jerome B. Blank
          on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
          btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lily Christina Calkins
          on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, lilychristinacalkins@gmail.com

Matthew Fissel
          on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Nov 24, 2025 | Form ID: 3180W | Total Noticed: 39

Matthew M. Herron
    on behalf of Debtor Pamela O. Parks mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10