IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAMELA O. PARKS

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:20-21693

Chapter 13

Document No.: 105

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 23rd day of November, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/23/25 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE

dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pamela O. Parks  
    Debtor

Case No. 20-21693-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Nov 24, 2025      Form ID: pdf900      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela O. Parks, 7251 Lemington Avenue, Pittsburgh, PA 15206-1937 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15259379 | + | Amanda Parks-Palmer, 7251 Lemington Avenue, Pittsburgh, PA 15206-1937 |
| 15259385 | | Chase Records Center, Attn.: Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |
| 15266234 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15259390 | + | Patenaude & Felix, 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 15248557 | + | Salle Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 01:02:44 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 00:50:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 25 2025 00:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2025 00:48:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248546 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Nov 25 2025 00:46:00 | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15248547 | + | Email/Text: bncnotifications@pheaa.org | Nov 25 2025 00:46:00 | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15254052 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 00:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15248548 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 00:46:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15248549 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2025 01:03:12 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15259386 | | Email/Text: correspondence@credit-control.com | Nov 25 2025 00:46:00 | Credit Control, LLC, PO Box 31179, Tampa, FL 33631 |
| 15248550 | | Email/Text: cms-bk@cms-collect.com | Nov 25 2025 00:46:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15259383 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 00:49:24 | Capital One Auto Finance, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 15248551 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 25 2025 00:48:43 | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 15252020 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 00:49:20 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15248552 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2025 01:02:58 | Chase, P.O. Box 182613, Columbus, OH 43218-2613 |
| 15248553 | | Email/Text: mrdiscen@discover.com | Nov 25 2025 00:46:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15250354 | | Email/Text: mrdiscen@discover.com | Nov 25 2025 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15248554 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 25 2025 00:46:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15256621 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2025 01:02:52 | JPMorgan Chase Bank, National Associatio, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 15248555 | + | Email/Text: Documentfiling@lciinc.com | Nov 25 2025 00:46:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15704889 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:46:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15528770 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:46:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |
| 15319018 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 25 2025 00:47:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15248556 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2025 00:46:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15263853 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2025 00:46:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15267616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2025 01:02:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16507566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 00:48:43 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15248558 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 00:48:44 | SYNCB/Amazon PLCC, Po Box 965015, Orlando, FL 32896-5015 |
| 15248559 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2025 01:03:06 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15248890 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 25 2025 01:48:32 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | NATIONSTAR MORTGAGE LLC |
| 15341760 | | Community Loan Servicing,, LLC |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15259376 | *+ | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15259377 | *+ | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |

Case 20-21693-CMB    Doc 112    Filed 11/26/25    Entered 11/27/25 00:37:49    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 37 |

| | | |
|---|---|---|
| 15259378 | *+ | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15259380 | *+ | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15259381 | * | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15259382 | *+ | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 15259384 | *+ | Chase, P.O. Box 182613, Columbus, OH 43218-2613 |
| 15259387 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15259388 | *+ | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15259389 | *+ | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15259391 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15259393 | * | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 15259394 | * | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15259392 | *+ | Salle Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 15270714 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

**Name**  **Email Address**

Christopher A. DeNardo
  on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

Denise Carlon
  on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Jerome B. Blank
  on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lily Christina Calkins
  on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, lilychristinacalkins@gmail.com

Matthew Fissel
  on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew M. Herron
  on behalf of Debtor Pamela O. Parks mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
  on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                    User: auto                    Page 4 of 4
Date Rcvd: Nov 24, 2025              Form ID: pdf900              Total Noticed: 37

cmecf@chapter13trusteewdpa.com

TOTAL: 10